```
Label Matrix for local noticing          Aurora Financial Group, Inc. at. el      Antoinette Marie Barnes
0314-5                                   446 Wrenplace Road                       2217 Valley View Dr S
Case 5:21-bk-01411-MJC                   Fort Mill, SC 29715-0200                 Saylorsburg, PA 18353-8361
Middle District of Pennsylvania
Wilkes-Barre
Mon May  2 13:23:21 EDT 2022

Capital One                              Hyundai Lease Titling Trust              John J. Martin, Esq.
P.O. Box 30287                           PO Box 20809                             1022 Court Street
Salt Lake City UT 84130-0287             Fountain Valley, CA 92728-0809           Honesdale 18431-1925


John J. Martin                           John J. Martin                           Monroe County Tax Claim Bureau
Law Offices John J. Martin               Law Offices of John J. Martin            One Quaker Plaza, Suite 104
1022 Court Street                        1022 Court Street                        Stroudsburg, PA 18360-2195
Honesdale, PA 18431-1925                 Honesdale, PA 18431-1925


NAVY FEDERAL CREDIT UNION                Navy Federal Credit Union                PNC Bank
P O BOX 3000                             PO Box 3501                              150 W Chelten Ave
MERRIFIELD, VA 22119-3000                Merrifield VA 22119-3501                 Philadelphia PA 19144-3302


(p)PNC BANK RETAIL LENDING               PRA Receivables Management, LLC          Pennsylvania Department of Revenue
P O BOX 94982                            PO Box 41021                             Bankruptcy Division
CLEVELAND OH 44101-4982                  Norfolk, VA 23541-1021                   P.O. Box 280946
                                                                                  Harrisburg, PA 17128-0946

Vincent Rubino                           Rebecca Ann Solarz                       Synchrony Bank
Newman Williams Mishkin Corveleyn et al  KML Law Group, P.C.                      c/o PRA Receivables Management, LLC
712 Monroe Street                        701 Market St.                           PO Box 41021
PO Box 511                               Suite 5000                               Norfolk VA 23541-1021
Stroudsburg, PA 18360-0511               Philadelphia, PA 19106-1541


TruMark Credit Union                     Trumark Financial Credit Union           United States Trustee
4381 West Swamp Rd                       335 Commerce Drive                       228 Walnut Street, Suite 1190
Doylestown PA 18902-1039                 Fort Washington, PA 19034-2701           Harrisburg, PA 17101-1722


(p)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625




              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


PNC Bank, National Association           Jack N Zaharopoulos (Trustee)
PO Box 94982                             Standing Chapter 13 Trustee
Cleveland, OH 44101                      8125 Adams Drive, Suite A
                                         Hummelstown, PA 17036
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Aurora Financial Group, Inc. | (d)Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients   21<br>Bypassed recipients    2<br>Total                 23 |