United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                    Case No. 21-01411-MJC
Antoinette Marie Barnes                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                    User: AutoDocke                   Page 1 of 2
Date Rcvd: Jun 08, 2022              Form ID: orcnfpln                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2022:**

**Recip ID              Recipient Name and Address**
db                 + Antoinette Marie Barnes, 2217 Valley View Dr S, Saylorsburg, PA 18353-8361

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2022                           Signature:                 /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:**

**Name**                                **Email Address**

Jack N Zaharopoulos (Trustee)
                                         TWecf@pamd13trustee.com

John J. Martin
                                         on behalf of Creditor John J. Martin jmartin@martin-law.net
                                         kmartin@martin-law.net;sseana@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com

Rebecca Ann Solarz
                                         on behalf of Creditor Aurora Financial Group Inc. bkgroup@kmllawgroup.com

United States Trustee
                                         ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
                                         on behalf of Debtor 1 Antoinette Marie Barnes
                                         lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Antoinette Marie Barnes, aka Antoinette M Barnes, aka Atoinette Barnes, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:21−bk−01411−MJC |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on May 2, 2022. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: June 8, 2022

orcnfpln(05/18)