## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re: Antoinette Marie Barnes

Case No.: 5-21-01411 MJC

Chapter 13

**Debtor(s)**

### NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Roundpoint |
| Court Claim Number: | 07 |
| Last Four of Loan Number: | 2879 |
| Property Address if applicable: | 2217 Valley View Dr S |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearages: | | $43,496.90 |
| b. | Prepetition arrearages paid by the trustee: | | $43,496.90 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | | $0.00 |
| e. | Allowed postpetition arrearage: | | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | | $0.00 |
| g. | Total b, d, and f: | | $43,496.90 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Date: November 26, 2025

                                                        Respectfully submitted,

                                                /s/ Jack N. Zaharopoulos
                                                Standing Chapter 13 Trustee
                                                Suite A, 8125 Adams Drive
                                                Hummelstown, PA  17036
                                                Phone:  (717) 566-6097
                                                Fax:  (717) 566-8313
                                                email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Antoinette Marie Barnes

                                                Case No.: 5-21-01411 MJC

                                                Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 26, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Vincent Rubino, Esquire
712 Monroe St
PO Box 511
Stroudsburg PA 18360-0511


**Served by First Class Mail**
Roundpoint Mortgage Servicing
446 Wrenplace Rd
Fort Mill, SC 29715


Antoinette Marie Barnes
2217 Valley View Dr S
Saylorsburg PA 18353

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 26, 2025                                 /s/  Liz Joyce
                                                                                 Office of the Standing Chapter 13 Trustee
                                                                                 Jack N. Zaharopoulos
                                                                                 Suite A, 8125 Adams Dr.
                                                                                 Hummelstown, PA  17036
                                                                                 Phone:  (717) 566-6097
                                                                                 email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 21-01411    **ANTOINETTE MARIE BARNES**

**ROUNDPOINT MORTGAGE SERVICING CORP**
P.O. BOX 19409

CHARLOTTE, NC   28219-9

**Acct No:** Valley View Dr - PRE-ARREAR

ARREARS - 2217 VALLEY VIEW ROAD

Sequence: 24
Modify:
Filed Date:
Hold Code:

|  |  |  |
|---|---|---|
| Amt Sched: $312,381.12 | Debt: $43,496.90 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $43,496.90 | Accrued Int: $0.00 |
|  |  | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 5200 | **ROUNDPOINT MORTGAGE SERVICING CORP** | | | | | | | |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 02/19/2025 | 2045114 | $804.25 | $0.00 | $804.25 | 02/26/2025 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 01/15/2025 | 2044163 | $1,826.20 | $0.00 | $1,826.20 | 01/27/2025 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 12/17/2024 | 2043221 | $1,826.20 | $0.00 | $1,826.20 | 12/23/2024 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 11/19/2024 | 2042282 | $1,826.20 | $0.00 | $1,826.20 | 11/25/2024 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 10/23/2024 | 2041316 | $3,652.40 | $0.00 | $3,652.40 | 10/29/2024 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 09/17/2024 | 2040324 | $1,826.20 | $0.00 | $1,826.20 | 09/25/2024 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 08/07/2024 | 2039301 | $1,826.20 | $0.00 | $1,826.20 | 08/14/2024 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 06/18/2024 | 2037590 | $1,826.20 | $0.00 | $1,826.20 | 06/27/2024 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 05/22/2024 | 2036696 | $1,826.20 | $0.00 | $1,826.20 | 05/30/2024 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 04/17/2024 | 2035690 | $1,826.20 | $0.00 | $1,826.20 | 04/23/2024 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 03/14/2024 | 2034724 | $3,652.40 | $0.00 | $3,652.40 | 03/22/2024 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 01/12/2024 | 2032822 | $1,135.28 | $0.00 | $1,135.28 | 01/17/2024 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 12/19/2023 | 2031938 | $1,135.28 | $0.00 | $1,135.28 | 12/27/2023 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 11/15/2023 | 2030975 | $1,135.28 | $0.00 | $1,135.28 | 11/21/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 10/18/2023 | 2030038 | $1,194.51 | $0.00 | $1,194.51 | 10/26/2023 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 09/19/2023 | 2029057 | $2,389.02 | $0.00 | $2,389.02 | 09/27/2023 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 07/11/2023 | 2027049 | $1,194.51 | $0.00 | $1,194.51 | 07/19/2023 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 06/13/2023 | 2026130 | $1,147.62 | $0.00 | $1,147.62 | 06/21/2023 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 05/16/2023 | 2025193 | $1,147.62 | $0.00 | $1,147.62 | 05/22/2023 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 04/18/2023 | 2024195 | $1,147.62 | $0.00 | $1,147.62 | 04/24/2023 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 03/15/2023 | 2023151 | $1,147.62 | $0.00 | $1,147.62 | 03/21/2023 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 02/15/2023 | 2022155 | $1,147.62 | $0.00 | $1,147.62 | 03/01/2023 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 01/18/2023 | 2021153 | $647.62 | $0.00 | $647.62 | 01/24/2023 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 12/13/2022 | 2020157 | $1,147.62 | $0.00 | $1,147.62 | 12/19/2022 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 11/16/2022 | 2019195 | $1,163.25 | $0.00 | $1,163.25 | 12/06/2022 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 10/18/2022 | 2018177 | $1,210.55 | $0.00 | $1,210.55 | 10/26/2022 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 09/13/2022 | 2017102 | $1,210.55 | $0.00 | $1,210.55 | 09/21/2022 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 08/17/2022 | 2016096 | $1,210.55 | $0.00 | $1,210.55 | 08/23/2022 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 07/13/2022 | 2015024 | $266.13 | $0.00 | $266.13 | 07/20/2022 |

**Sub-totals:** $43,496.90    $0.00    $43,496.90

**Grand Total:** $43,496.90    $0.00