| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Antoinette Marie Barnes aka Antoinette M Barnes aka Atoinette Barnes |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of PA (State) |
| Case number | 5:21-bk-01411-MJC |

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
12/25

The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).

## Part 1: Mortgage Information

**Name of claim holder:** Aurora Financial Group, Inc.

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 2 8 7 9

**Property address:**
2217 Valley View Dr S
Number   Street

Saylorsburg   PA   18353
City         State  ZIP Code

## Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response: $ 43,496.90

*Check all that apply:*

☒ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response: $ _____.

☐ The amount required to cure any postpetition arrearage has been paid in full.

☒ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response: $ 12,849.81.

Official Form 410C13-NR    **Response to Trustee's Notice of Disbursements Made**    page **1**

Case 5:21-bk-01411-MJC   Doc 107   Filed 12/17/25   Entered 12/17/25 16:51:32   Desc
Main Document    Page 1 of 6

| Part 3: | Postpetition Payments |

(a) *Check all that apply:*

☐ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☒ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: __08_/_01_/_2025__.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

    i. Date last payment was received on the mortgage: ____/____/_____

    ii. Date next postpetition payment from the debtor is due: ____/____/_____

    iii. Amount of the next postpetition payment that is due: $_____

    iv. Unpaid principal balance of the loan: $_____

    v. Additional amounts due for any deferred or accrued interest: $_____

    vi. Balance of the escrow account: $_____

    vii. Balance of unapplied funds or funds held in a suspense account: $_____

    viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: $_____

*\*\* Account is being reconciled for adjustments. An Amended Response will be filed within 7 days to include the payoff information and statement.*

| Part 4 | Itemized Payment History |

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Roger Fay, Esq., ID No. 315987       Date 12/17/2025
  Signature

Name: Roger Fay, Esquire
       First name        Middle name        Last name

Title: Attorney for Secured Creditor

Company: Albertelli Law
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 14000 Commerce Parkway, Suite H
         Number        Street
         Mount Laurel            NJ        08054
         City                    State     ZIP Code

Contact phone (856) 724-1888        Email rfay@alaw.net

# EXHIBIT

**Application of Funds**

| Date Payment Received | Amount Received | Contractual Due date | Amount Due | Amount Applied to Payment | Suspense Balance |
|---|---|---|---|---|---|
| | | 7/1/2021 | | | $0.00 |
| | | | | | $0.00 |
| | | 07/2021-11/2021 Mod payment iao $1633.25 | | | $0.00 |
| 12/6/2021 | $2,851.59 | 12/1/2021 | $2,851.59 | $2,851.59 | $0.00 |
| 1/6/2022 | $2,851.59 | 1/1/2022 | $2,851.59 | $2,851.59 | $0.00 |
| 2/11/2022 | $2,851.59 | 2/1/2022 | $2,851.59 | $2,851.59 | $0.00 |
| 4/19/2022 | $2,851.59 | 3/1/2022 | $2,851.59 | $2,851.59 | $0.00 |
| 5/16/2022 | $2,851.59 | 4/1/2022 | $2,851.59 | $2,851.59 | $0.00 |
| 5/17/2022 | $2,851.59 | 5/1/2022 | $2,851.59 | $2,851.59 | $0.00 |
| 6/17/2022 | $2,851.59 | 6/1/2022 | $2,851.59 | $2,851.59 | $0.00 |
| 7/18/2022 | $2,851.59 | 7/1/2022 | $2,851.59 | $2,851.59 | $0.00 |
| 8/15/2021 | $2,851.59 | 8/1/2022 | $2,851.59 | $2,851.59 | $0.00 |
| 9/12/2022 | $2,851.59 | 9/1/2022 | $2,851.59 | $2,851.59 | $0.00 |
| 10/13/2022 | $2,851.59 | 10/1/2022 | $2,851.59 | $2,851.59 | $0.00 |
| 11/17/2022 | $2,851.59 | 11/1/2022 | $2,851.59 | $2,851.59 | $0.00 |
| 12/19/2022 | $2,851.59 | 12/1/2022 | $2,851.59 | $2,851.59 | $0.00 |
| 1/17/2023 | $2,851.59 | 1/1/2023 | $2,851.59 | $2,851.59 | $0.00 |
| 2/16/2023 | $2,851.59 | 2/1/2023 | $2,851.59 | $2,851.59 | $0.00 |
| 3/21/2023 | $2,851.59 | 3/1/2023 | $2,851.59 | $2,851.59 | $0.00 |
| 4/19/2023 | $2,851.59 | 4/1/2023 | $2,851.59 | $2,851.59 | $0.00 |
| 5/16/2023 | $2,851.59 | 5/1/2023 | $2,851.59 | $2,851.59 | $0.00 |
| 06/16/223 | $2,851.59 | 6/1/2023 | $2,851.59 | $2,851.59 | $0.00 |
| 7/25/2023 | 1657.08 | | | | $1,657.08 |
| 8/17/2023 | $2,851.59 | 7/1/2023 | $2,851.59 | $2,851.59 | $1,657.08 |
| 9/19/2023 | $2,875.78 | 8/1/2023 | $2,851.59 | $2,851.59 | $1,681.27 |
| 10/23/2023 | $2,875.78 | 9/1/2023 | $2,875.78 | $2,875.78 | $1,681.27 |
| 12/4/2023 | $2,875.78 | 10/1/2023 | $2,875.78 | $2,875.78 | $1,681.27 |
| 1/2/2024 | $2,875.78 | 11/1/2023 | $2,875.78 | $2,875.78 | $1,681.27 |
| 1/22/2024 | $2,875.78 | 12/1/2023 | $2,875.78 | $2,875.78 | $1,681.27 |
| 2/21/2024 | $2,875.78 | 1/1/2024 | $2,875.78 | $2,875.78 | $1,681.27 |
| 4/1/2024 | $2,875.78 | 2/1/2024 | $2,875.78 | $2,875.78 | $1,681.27 |
| 5/8/2024 | $2,875.78 | 3/1/2024 | $2,875.78 | $2,875.78 | $1,681.27 |
| 6/18/2024 | $2,875.78 | 4/1/2024 | $2,875.78 | $2,875.78 | $1,681.27 |
| 9/17/2024 | $5,751.56 | 5/1/2024 | $2,875.78 | $2,875.78 | $4,557.05 |
| | | 6/1/2024 | $2,875.78 | $2,875.78 | $1,681.27 |
| 10/10/2024 | $1,428.69 | 7/1/2024 | $2,875.78 | $2,875.78 | $234.18 |
| 12/2/2024 | $2,143.68 | | | | $2,377.86 |
| 1/28/2025 | $2,898.04 | 8/1/2024 | $2,875.78 | $2,875.78 | $2,400.12 |
| 3/3/2025 | $2,898.04 | 9/1/2024 | $2,875.78 | $2,875.78 | $2,422.38 |
| 4/3/2025 | $2,898.04 | 10/1/2024 | $2,875.78 | $2,875.78 | $2,444.64 |
| 4/29/2025 | $2,898.04 | 11/1/2024 | $2,898.04 | $2,898.04 | $2,444.64 |
| 6/2/2025 | $2,898.04 | 12/1/2024 | $2,898.04 | $2,898.04 | $2,444.64 |
| 7/14/2025 | $2,898.04 | 1/1/2025 | $2,898.04 | $2,898.04 | $2,444.64 |
| 8/12/2025 | $2,898.04 | 2/1/2025 | $2,898.04 | $2,898.04 | $2,444.64 |
| 9/5/2025 | $2,093.79 | 3/1/2025 | $2,898.04 | $2,898.04 | $1,640.39 |
| 9/29/2025 | $2,898.04 | 4/1/2025 | $2,898.04 | $2,898.04 | $1,640.39 |
| 10/29/2025 | $2,898.04 | 5/1/2025 | $2,898.04 | $2,898.04 | $1,640.39 |
| 11/24/2025 | $2,898.04 | 6/1/2025 | $2,898.04 | $2,898.04 | $1,640.39 |
| 12/15/225 | $2,898.04 | 7/1/2025 | | | $1,640.39 |
| | | 8/1/2025 | $2,898.04 | | $1,640.39 |
| | | 9/1/2025 | $2,898.04 | | $1,640.39 |
| | | 10/1/2025 | $2,898.04 | | $1,640.39 |
| | | 11/1/2025 | $2,898.04 | | $1,640.39 |
| | | 12/1/2025 | $2,898.04 | | $1,640.39 |
| | | | | | $1,640.39 |

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE:<br>    Antoinette Marie Barnes aka Antoinette M Barnes aka Atoinette Barnes,<br>        Debtor, | Bankruptcy No. 5:21-bk-01411-MJC<br>Chapter 13 |
|---|---|
| Aurora Financial Group, Inc.,<br>        Secured Creditor,<br><br>Antoinette Marie Barnes aka Antoinette M Barnes aka Atoinette Barnes,<br>        Debtor / Respondent,<br><br>and<br>Jack N Zaharopoulos,<br>        Trustee / Respondent. | |

## **CERTIFICATION OF SERVICE**

       Roger Fay, Esquire counsel for Aurora Financial Group, Inc., hereby certifies that a copy of the Response to Trustee's Notice of Disbursements Made was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on December 17, 2025, addressed as follows:

| Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br>*via electronic transmission and regular mail* | Vincent Rubino<br>Newman Williams Mishkin Corveleyn et al<br>712 Monroe Street<br>PO Box 511<br>Stroudsburg, PA 18360-0511<br>*via electronic transmission and regular mail* |
|---|---|
| Antoinette Marie Barnes aka Antoinette M Barnes aka Atoinette Barnes<br>2217 Valley View Dr S<br>Saylorsburg, PA 18353<br>*via regular mail* | |

                                                    ALBERTELLI LAW

DATED: December 17, 2025              By: /s/ Roger Fay, Esq., ID No. 315987
                                                      14000 Commerce Parkway, Suite H
                                                      Mount Laurel, NJ 08054
                                                      rfay@alaw.net
                                                        (856) 724-1888
                                                       Attorneys for Secured Creditor