In re:                                                Case No. 21-01411-MJC

Antoinette Marie Barnes                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                        User: AutoDocke                        Page 1 of 3

Date Rcvd: Dec 22, 2025                 Form ID: 3180W                    Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Antoinette Marie Barnes, 2217 Valley View Dr S, Saylorsburg, PA 18353-8361 |
| cr | + | Hyundai Capital America as servicer for Hyundai Le, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 5767324 | + | Aurora Financial Group, Inc., c/o Roger Fay, Esquire, Albertelli Law, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 5453094 | + | Aurora Financial Group, Inc. at. el, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 5454985 | + | John J. Martin, Esq., 1022 Court Street, Honesdale 18431-1925 |
| 5420575 | + | PNC Bank, 150 W Chelten Ave, Philadelphia PA 19144-3302 |
| 5420576 | + | TruMark Credit Union, 4381 West Swamp Rd, Doylestown PA 18902-1039 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Dec 22 2025 18:39:02 | John J. Martin, Law Offices of John J. Martin, 1022 Court Street, Honesdale, PA 18431-1925 |
| cr | + | EDI: PRA.COM | Dec 22 2025 23:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5420573 | + | EDI: CAPITALONE.COM | Dec 22 2025 23:43:00 | Capital One, P.O. Box 30287, Salt Lake City UT 84130-0287 |
| 5573301 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Dec 22 2025 18:44:00 | Hyundai Capital America, as servicer for Hyundai Lease Titling Tr, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 5443382 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Dec 22 2025 18:44:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 5543620 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2025 18:51:58 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543621 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2025 18:51:58 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5420864 | | Email/Text: MKnitter@monroecountypa.gov | Dec 22 2025 18:44:00 | Monroe County Tax Claim Bureau, One Quaker Plaza, Suite 104, Stroudsburg, PA 18360-2195 |
| 5444401 | + | EDI: NFCU.COM | Dec 22 2025 23:43:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5420574 | + | EDI: NFCU.COM | Dec 22 2025 23:43:00 | Navy Federal Credit Union, PO Box 3501, Merrifield VA 22119-3501 |
| 5452546 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 22 2025 18:43:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 5699631 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2025 18:51:58 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5699632 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| | | | Dec 22 2025 18:52:06 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, Resurgent Receivables, LLC, Resurgent Capital Services 29603-0587 |
| 5420865 | + | EDI: PRA.COM | Dec 22 2025 23:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5449856 | + | Email/Text: dbogucki@trumark.org | Dec 22 2025 18:44:00 | Trumark Financial Credit Union, 335 Commerce Drive, Fort Washington, PA 19034-2701 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5449665 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Aurora Financial Group Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| John J Martin | on behalf of Creditor John J. Martin jmartin@martin-law.net kmartin@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com |
| Roger Fay | on behalf of Creditor Aurora Financial Group Inc. rfay@alaw.net |
| Sherri Smith | on behalf of Creditor Aurora Financial Group Inc. ssmith@stradley.com, amautz@pincuslaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Antoinette Marie Barnes lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| William E. Craig | on behalf of Creditor Hyundai Capital America as servicer for Hyundai Lease Titling Trust wcraig@egalawfirm.com |

mortoncraigecf@gmail.com

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Antoinette Marie Barnes<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–7892<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:21-bk-01411-MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Antoinette Marie Barnes
aka Antoinette M Barnes, aka Atoinette Barnes

12/22/25

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**